UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV1032 (SRU) |
| ONE PARCEL OF PROPERTY LOCATED AT 62 CUTLER STREET, NEW LONDON, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND | : | |
| Defendant. | : | |
| [CLAIMANTS: ROBERT A. VENTURINI, JR., ADAM T. HYDE, STATE OF CONNECTICUT, CITY OF NEW LONDON] | : | |

## WAIVER OF POST-SEIZURE HEARING

I, Robert A. Venturini, Jr., hereby waive my right to a post-seizure hearing in connection with the seizure of the defendant real property located at 62 Cutler Street, New London, Connecticut, and acknowledge that good cause was demonstrated for the issuance of an *ex parte* warrant of arrest in rem against the defendant real property.

_10/15/03_
DATE

_[signature]_
ROBERT A. VENTURINI, JR.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Waiver of Post-Seizure Hearing has been mailed, postage prepaid, on this 27th day of October, 2003, to:

Robert Venturini, Jr., pro se
Reg. No. 250620
MacDougall-Walker
Correctional Institution
1153 East Street South
Suffield, CT 06378

Gary G. Williams
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141
(Counsel for State of Connecticut)

Brian K. Estep, Esq.
Conway & Londregan, P.C.
38 Huntington Street
New London, CT 06320
(Counsel for City of New London)

Richard R. Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street
Suite 1100
Hartford, CT 06103
(Counsel for Adam T. Hyde)

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct23398