UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV1032(SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 62 CUTLER STREET, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | November 23, 2004 |
| | : | |
| [CLAIMANTS: ROBERT A. VENTURINI, | : | |
| JR., ADAM T. HYDE, STATE OF | : | |
| CONNECTICUT, CITY OF NEW | : | |
| LONDON] | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney David X. Sullivan as co-counsel for the United States of America in the above-captioned action.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    DAVID X. SULLIVAN
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT 06508
    (203) 821-3700
    FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Appearance has been mailed, postage prepaid, this 23rd day of November, 2004 to:

Robert A. Venturini, Jr.
MacDougall - Walker Correctional Institution
1153 East Street, South
Suffield , CT  06080

Mark Solak, Esq.
Devine & Associates
One Exchange Place, 6th Floor
Waterbury, CT 06702

Brian K. Estep, Esq.
Conway & Londregan, P.C.
38 Huntington Street
New London, CT 06320

Richard R. Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street, Suite 1100
Hartford, CT 06103
Anthony R. Basilica
37 Granite Street
New London, CT 06320

_____
_____DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY