UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:03CV1032(SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 62 CUTLER STREET, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | November 23, 2004 |
| | : | |
| [CLAIMANTS: ROBERT A. VENTURINI, | : | |
| JR., ADAM T. HYDE, STATE OF | | |
| CONNECTICUT, CITY OF NEW | : | |
| LONDON] | : | |

MOTION FOR DEFAULT JUDGMENT AGAINST ROBERT A. VENTURINI, JR.

The United States of America, hereby moves for Default Judgment, and represents as follows:

On June 11, 2003, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant, one parcel of property located at 62 Cutler Street, New London, Connecticut, with all appurtenances and improvements thereon ("Defendant Property").  The Complaint alleges that the Defendant Property was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7)

On June 18, June 25, and July 2, 2004, notice of this action was published in the Hartford Courant newspaper.

On June 25, 2003, Robert A. Venturini, Jr. was personally served by the United States

Marshals Service with the Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint of Forfeiture against Real Property, and proposed Writ of Entry.

No claim, answer or other defense having been filed by pro se Claimant Robert A. Venturini, Jr. in this case as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the United States moved to default by Robert A. Venturini, Jr., and all other persons and entities, except the City of New London, the State of Connecticut, and Adam T. Hyde for failure to defend. On August 20, 2003, the Clerk of the Court granted the United States of America's request and defaulted Robert A. Venturini, Jr.

On September 18, 2003, the United States of America filed a Motion to Set Aside Default entered against Robert A. Venturini, Jr. stating that the parties had reached an agreement in the case and were in the process of formalizing that agreement.

On September 22, 2003, the Court granted the United States of America's Motion to Set Aside Default entered against Robert A. Venturini, Jr.

On October 10, 2003, the United States Marshals Service personally served Robert A. Venturini, Jr. with the Stipulation for Compromise Settlement. Mr. Venturini refused to execute the Stipulation for Compromise Settlement.

On or about March 31, 2004, Plaintiff received a letter from Robert A. Venturini, Jr., indicating that he was now represented by Attorney Anthony Basilica in this case and the related civil forfeiture case <u>United States v. 171 Lincoln Avenue, New London, Connecticut</u>, Civil No. 3:03CV1033(SRU). In his letter, Mr. Venturini indicated that he would sign the original settlement agreement.

On or about April 28, 2004, Plaintiff's counsel provided Attorney Anthony Basilica, with the Stipulations for Compromise Settlement for the two civil forfeiture cases.

On numerous occasions between April 28, 2004, and November 18, 2004, Plaintiff's counsel contacted Attorney Basilica regarding the settlement of the civil forfeiture cases.

On October 28, 2004, the Plaintiff advised counsel for the Claimant that the Government would seek Default Judgments in both civil forfeiture cases if the Stipulations were not returned by November 4, 2004.

On November 3, 2004, counsel for the Claimant requested an additional two weeks to return the Stipulations for Compromise Settlement. Plaintiff's counsel agreed to an extension until November 18, 2004.

The United States has not yet received the signed Stipulation for Compromise Settlement from the Claimant, and therefore moves for entry of a default judgment in accordance with the Court's default of Robert A. Venturini, Jr. A proposed Default Judgment is submitted herewith.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    DAVID X. SULLIVAN
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Default Judgment Against Robert A. Venturini, Jr., has been mailed, postage prepaid, this 23rd day of November, 2004 to:

Robert A. Venturini, Jr.
MacDougall - Walker Correctional Institution
1153 East Street, South
Suffield , CT  06080

Mark Solak, Esq.
Devine & Associates
One Exchange Place, 6th Floor
Waterbury, CT 06702

Brian K.  Estep, Esq.
Conway & Londregan, P.C.
38 Huntington Street
New London, CT 06320

Richard R.  Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street, Suite 1100
Hartford, CT 06103

Anthony R. Basilica, Esq.
37 Granite Street
New London, CT 06320

_____DAVID X. SULLIVAN
                                                      ASSISTANT U.S. ATTORNEY