UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV1032(SRU) |
| ONE PARCEL OF PROPERTY LOCATED AT 62 CUTLER STREET, NEW LONDON, CONNECTICUT, WITH ALL APPURTENCES AND IMPORVEMENTS THEREON AND, | : | |
| Defendant, | : | December 7, 2004 |
| [CLAIMANTS: ROBERT A. VENTURINI, JR., ADAM T. HYDE, STATE OF CONNECTICUT, CITY OF NEW LONDON] | : | |

### NOTICE OF APPEARANCE

Please enter the appearance of Attorney Anthony R. Basilica as counsel for the Claimant, Robert Venturini in the above-captioned matter.

Respectfully Submitted,

ANTHONY R. BASILICA
COUNSEL FOR ROBERT VENTURINI
37 GRANITE STREET
NEW LONDON, CT 06320
FEDERAL BAR # ct20095