UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:03CV1032 (SRU) |
| | : |
| ONE PARCEL OF PROPERTY | : |
| LOCATED AT 62 CUTLER STREET, | : |
| NEW LONDON, CONNECTICUT, | : |
| WITH ALL APPURTENANCES AND | : |
| IMPROVEMENTS THEREON, AND | : |
| | : |
| Defendant. | : |
| | : |
| [CLAIMANTS: ROBERT A. VENTURINI, | : |
| JR., ADAM T. HYDE, STATE OF | : |
| CONNECTICUT, CITY OF NEW | : |
| LONDON] | : |

STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANT, ROBERT A. VENTURINI, JR. ("CLAIMANT"), on the other, by and through counsel for the UNITED STATES and the pro se CLAIMANT, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action, and a related civil forfeiture action entitled United States v. 171 Lincoln Avenue, New London, Connecticut, Civil No. 3:03CV1032 (SRU), upon the terms indicated below.

2. That the CLAIMANT consents to the entry of a Decree of Forfeiture thereby forfeiting the Defendant, one parcel of property located at 62 Cutler Street, New London,

Connecticut, with all appurtenances and improvements thereon ("Defendant Property), to the UNITED STATES, pursuant to 21 U.S.C. § 881(a)(7), for disposition according to law.

3. That the UNITED STATES agrees to recognize the interests of Adam T. Hyde, the State of Connecticut, and the City of New London, and will pay their outstanding debts from the net proceeds of the sale of the Defendant Property.

4. That the UNITED STATES agrees to dismiss the related civil forfeiture action entitled <u>United States v. 171 Lincoln Avenue, New London, Connecticut</u>, Civil No. 3:03CV1033 (SRU).

5. The UNITED STATES agrees to record a Release of Lis Pendens on the New London land records for the real property located at 171 Lincoln Avenue, New London, Connecticut, after the entry of a Decree of Forfeiture in this case.

6. That the CLAIMANT hereby releases and forever discharges the United States of America, the Drug Enforcement Administration, the United States Marshals Service, and the New London Police Department, their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the related forfeiture action against one parcel of property located at 171 Lincoln Avenue, New London, Connecticut, and with the seizure, detention, and forfeiture of the Defendant, one parcel of property located at 62 Cutler Street, New London, Connecticut, with all appurtenances and improvements thereon.

7. That the CLAIMANT further agrees to hold and save the United States of America, the Drug Enforcement Administration, the United States Marshals Service, and the New London Police Department, their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the related forfeiture action against one parcel of property located at 171 Lincoln Avenue, New London, Connecticut, and with the seizure, detention, and forfeiture of the Defendant, one parcel of property located at 62 Cutler Street, New London, Connecticut, with all appurtenances and improvements thereon.

8. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

9. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement and in the related forfeiture action.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

Dated: _____

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct23398

ATTORNEY FOR THE PLAINTIFF
UNITED STATES OF AMERICA

Dated: _____                     _____
                                           ANTHONY BASILICA, ESQ.
                                           37 GRANITE STREET
                                           NEW LONDON, CT 06320
                                           FEDERAL BAR # ct

                                           ATTORNEY FOR THE CLAIMANT


Dated: _____                     _____
                                           ROBERT A. VENTURINI, JR.
                                           REG. NO. 250620
                                           OSBORN CORRECTIONAL INSTITUTION
                                           100 BILTON ROAD,
                                           POB 100
                                           SOMERS, CT  06071

                                           CLAIMANT

4

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement has been mailed, postage prepaid, on this      day of              , 2004, to:

| | |
|---|---|
| Robert Venturini, Jr., pro se<br>Reg. No. 250620<br>Osborn Correctional Institution<br>100 Bilton Road,<br>POB 100<br>Somers, CT 06071 | Brian K. Estep, Esq.<br>Conway & Londregan, P.C.<br>38 Huntington Street<br>New London, CT 06320<br>(Counsel for City of New London) |
| Mark Solak, Esq.<br>Devine & Associates<br>One Exchange Place, 6th Floor<br>Waterbury, CT 06702 | Richard R. Brown, Esq.<br>Brown, Paindiris & Scott<br>100 Pearl Street<br>Suite 1100<br>Hartford, CT 06103<br>(Counsel for Adam T. Hyde) |
| Gary G. Williams<br>Assistant Attorney General<br>P.O. Box 120<br>Hartford, CT 06141<br>(Counsel for State of Connecticut) | |

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct23398