UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV1032 (SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 62 CUTLER STREET, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | February 23, 2005 |
| | : | |
| [CLAIMANTS: ROBERT A. VENTURINI, | : | |
| JR., ADAM T. HYDE, STATE OF CONN, | : | |
| CITY OF NEW LONDON] | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture and Stipulation for Compromise Settlement. A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN B. HUGHES
CHIEF, CIVIL DIVISION
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700/FEDERAL BAR # ct05289

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture has been mailed, postage prepaid, on this 23rd day of February, 2005, to:

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

Mark Solak, Esq.
Devine & Associates
One Exchange Place, 6th Floor
Waterbury, CT 06702

Gary G. Williams
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141
(Counsel for State of Connecticut)

Brian K. Estep, Esq.
Conway & Londregan, P.C.
38 Huntington Street
New London, CT 06320
(Counsel for City of New London)

Richard R. Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street
Suite 1100
Hartford, CT 06103
(Counsel for Adam T. Hyde)

_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION
ASSISTANT U.S. ATTORNEY