UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 25 P 2: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>ONE PARCEL OF PROPERTY :<br>LOCATED AT 62 CUTLER STREET, :<br>NEW LONDON, CONNECTICUT, :<br>WITH ALL APPURTENANCES AND :<br>IMPROVEMENTS THEREON, AND :<br>:<br>Defendant. :<br>:<br>[CLAIMANTS: ROBERT A. VENTURINI, :<br>JR., ADAM T. HYDE, STATE OF :<br>CONNECTICUT, CITY OF NEW :<br>LONDON] : | Civil No. 3:03CV1032 (SRU) |

## DECREE OF FORFEITURE

On June 11, 2003, a Verified Complaint of Forfeiture against the Defendant, one parcel of property located at 62 Cutler Street, New London, Connecticut, with all appurtenances and improvements thereon, ("Defendant Property") was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant property used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

It appearing that process was fully issued in this action and returned according to law:

That on June 25, 2003, the United States Marshals Service personally served Robert Venturini with the Notice of Complaint for Forfeiture Against Real Property, Verified Complaint

of Forfeiture, Lis Pendens, Motion for Writ of Entry, Memorandum in Support of Motion for Writ of Entry, and proposed Writ of Entry.

That on June 18, June 25, and July 2, 2003, notice of said forfeiture action was published in the Hartford Courant newspaper.

That on June 19, 2003, Plaintiff served Richard Sellman, Esq., counsel for Adam T. Hyde, by mail with copies of a Notice of Lawsuit and Request for Waiver of Service of Process, Waiver of Service of Process, Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint for Forfeiture Against Real Property, and proposed Writ of Entry.

That on June 30, 2003, Maureen A. Hammel, Tax Collector for the City of New London, waived personal service of the Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint of Forfeiture against Real Property, and proposed Writ of Entry.

That on July 16, 2003, Robert A. Venturini, Jr. was personally served by the United States Marshals Service with the Writ of Entry.

That on July 22, 2003, Assistant Attorney General Gary G. Williams, Esq., counsel for the State of Connecticut, waived personal service of the Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint of Forfeiture against Real Property, and proposed Writ of Entry and filed an Appearance and Answer to the Verified Complaint of Forfeiture.

That on January 10, 2005, the Court approved a Stipulation for Compromise Settlement entered into between the United States and the Claimant, Robert Venturini, Jr., in which Robert Venturini, Jr. consented to the entry of a Decree of Forfeiture, forfeiting the Defendant Property to the United States.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in the Defendant Property, under seizure in this action, except Adam T. Hyde, the State of Connecticut, and the City of New London, be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that the Defendant, one parcel of property located at 62 Cutler Street, New London, Connecticut, with all appurtenances and improvements thereon, be forfeited to the United States of America and disposed of according to law.

Dated at Bridgeport, Connecticut, this 25th day of February, 2005.

_____
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing proposed Decree of Forfeiture has been mailed, postage prepaid, on this 23rd day of February, 2005, to:

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

Mark Solak, Esq.
Devine & Associates
One Exchange Place, 6th Floor
Waterbury, CT 06702

Gary G. Williams
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141
(Counsel for State of Connecticut)

Brian K. Estep, Esq.
Conway & Londregan, P.C.
38 Huntington Street
New London, CT 06320
(Counsel for City of New London)

Richard R. Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street
Suite 1100
Hartford, CT 06103
(Counsel for Adam T. Hyde)

_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION
ASSISTANT U.S. ATTORNEY