USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:03CV1032(SRU) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One Parcel of Property Located at 62 Cutler Street, New London, CT | Decree of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
New London City Clerk - Records

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
State Street, New London, CT 06320

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
Financial Center
Church Street
New Haven, CT 06510

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                Fold

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 203 821-3804 | June 27, 2005 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | | 06/27/2005 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Michael J. Tranchida, City Clerk

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 06/29/2005 | 11:40 | [X] am [ ] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 40.00 | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

VOL 1553  PG 134

03987

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 FEB 25 P 2: 26
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES OF AMERICA,

Plaintiff,

v.

Civil No. 3:03CV1032 (SRU)

ONE PARCEL OF PROPERTY
LOCATED AT 62 CUTLER STREET,
NEW LONDON, CONNECTICUT,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON, AND

Defendant.

[CLAIMANTS: ROBERT A. VENTURINI, JR., ADAM T. HYDE, STATE OF CONNECTICUT, CITY OF NEW LONDON]

## DECREE OF FORFEITURE

On June 11, 2003, a Verified Complaint of Forfeiture against the Defendant, one parcel of property located at 62 Cutler Street, New London, Connecticut, with all appurtenances and improvements thereon, ("Defendant Property") was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant property used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

It appearing that process was fully issued in this action and returned according to law:

That on June 25, 2003, the United States Marshals Service personally served Robert Venturini with the Notice of Complaint for Forfeiture Against Real Property, Verified Complaint

This is to certify that the attached is a true and correct copy of the instrument filed with the City of New London in the City Clerk's Department.

Instrument No. 03987  Vol. 1553  Page 134
ATTEST: *Michael J. Tranchida*
Michael J. Tranchida, City Clerk
Dated in New London, CT, this 29TH day of JUNE 2005

VOL  PG
1553  135

of Forfeiture, Lis Pendens, Motion for Writ of Entry, Memorandum in Support of Motion for Writ of Entry, and proposed Writ of Entry.

That on June 18, June 25, and July 2, 2003, notice of said forfeiture action was published in the Hartford Courant newspaper.

That on June 19, 2003, Plaintiff served Richard Sellman, Esq., counsel for Adam T. Hyde, by mail with copies of a Notice of Lawsuit and Request for Waiver of Service of Process, Waiver of Service of Process, Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint for Forfeiture Against Real Property, and proposed Writ of Entry.

That on June 30, 2003, Maureen A. Hammel, Tax Collector for the City of New London, waived personal service of the Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint of Forfeiture against Real Property, and proposed Writ of Entry.

That on July 16, 2003, Robert A. Venturini, Jr. was personally served by the United States Marshals Service with the Writ of Entry.

That on July 22, 2003, Assistant Attorney General Gary G. Williams, Esq., counsel for the State of Connecticut, waived personal service of the Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint of Forfeiture against Real Property, and proposed Writ of Entry and filed an Appearance and Answer to the Verified Complaint of Forfeiture.

That on January 10, 2005, the Court approved a Stipulation for Compromise Settlement entered into between the United States and the Claimant, Robert Venturini, Jr., in which Robert Venturini, Jr. consented to the entry of a Decree of Forfeiture, forfeiting the Defendant Property to the United States.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

VOL 1553   PG 136

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in the Defendant Property, under seizure in this action, except Adam T. Hyde, the State of Connecticut, and the City of New London, be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that the Defendant, one parcel of property located at 62 Cutler Street, New London, Connecticut, with all appurtenances and improvements thereon, be forfeited to the United States of America and disposed of according to law.

Dated at Bridgeport, Connecticut, this 25th day of February, 2005.

/s/
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

I hereby certify that the foregoing is a true copy of the original document on file. Date: 6-30-05
KEVIN F. ROWE
Clerk
By _____
Deputy Clerk

CITY OF NEW LONDON, CT
CITY CLERK

05 JUN 29 PM 12: 34

MICHAEL J. TRANCHIDA

3